GENOVESE JOBLOVE & BATTISTA, P.A.
Michael D. Joblove, Esq.
Florida Bar No.: 354147
Jessica Serell Erenbaum, Esq.
Florida Bar No.: 816000
4400 Miami Tower
100 Southeast Second Street
Miami, Florida 33131
Email: mjoblove@gjb-law.com
Email: jerenbaum@gjb-law.com
Telephone: (305) 349-2300
Facsimile: (305) 349-2310

MILLER & WRIGHT, PLLC
SHAWN W. MILLER, ESQ.
Nevada Bar No. 07825
ERIKA M. WRIGHT, ESQ.
Nevada Bar No. 11741
618 S. 7th Street, Suite B
Las Vegas, NV 89101
Email: smiller@millerwrightlaw.com
ewright@millerwrightlaw.com
Telephone: (702) 366-1241
Facsimile: (702) 946-1677

*Counsel for Defendant Cost Plus, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PK I RAINBOW PROMENADE, LLC, a Delaware limited liability company, | Case No.: 2:10-CV-01732-JCM-(RJJ) |
| Plaintiff, | |
| vs. | |
| COST PLUS, INC., a California corporation, | |
| Defendant. | |

**SUBSTITUTION OF LOCAL COUNSEL**

1

Defendant, Cost Plus, Inc., hereby substitutes Shawn W. Miller, Esq. and Erika M. Wright, Esq. of the law firm of Miller & Wright, PLLC, 618 S. 7th Street, Suite B, Las Vegas, NV 89101, Telephone: (702) 366-1241 as the designated local counsel in the place and stead of Shea & Carlyon, Ltd.

DATED this 14th day of January, 2011.

        COST PLUS, INC.

        BY: Jane Baughman
        ITS: Executive Vice President & C.F.O.

Candace C. Carlyon, Esq. and James Patrick Shea, Esq. of the law firm of Shea & Carlyon, Ltd. hereby consents to the foregoing substitution of counsel of Miller & Wright, PLLC in its place and stead as the designated local counsel for Defendant Cost Plus, Inc.

DATED this ___ day of January, 2011.

        SHEA & CARLYON, LTD.

        JAMES PATRICK SHEA, ESQ.
        Nevada Bar No. 000405
        CANDACE C. CARLYON, ESQ.
        Nevada Bar No. 002666
        701 Bridger Avenue, Suite 850
        Las Vegas, NV 89101

Shawn W. Miller, Esq. and Erika M. Wright, Esq. of the law firm of Miller & Wright, PLLC, duly admitted to practice in this District, hereby accepts and consents to its substitution

///

///

///

as designated local counsel for Cost Plus, Inc. in the above entitled matter in the place and stead of Shea & Carlyon, Ltd.

DATED this 12th day of January, 2011.

MILLER & WRIGHT, PLLC

*/s/ Erika M. Wright/*
SHAWN W. MILLER, ESQ.
Nevada Bar No. 07825
ERIKA M. WRIGHT, ESQ.
Nevada Bar No. 11741
618 S. 7th Street, Suite B
Las Vegas, NV 89101

APPROVED:

DATED: Jan. 25, 2011

*/s/ Robert J. Johnston/*
~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE

3